*January 18, 1944.*

TETTING, Plaintiff and Respondent, vs. Voss and another, Appellants: HABHEGGER and another, Impleaded Defendants and Respondents.

For the appellants: *Lines, Spooner & Quarles*, attorneys, and *Charles B. Quarles* of counsel, all of Milwaukee.

For the respondent Alfred Tetting: *Max Raskin*, attorney, and *Wm. F. Quick* of counsel, both of Milwaukee.

For the impleaded defendants and respondents: *Miller, Mack & Fairchild* of Milwaukee.

*By the Court.*—Judgment affirmed.

WILL OF RIVERS: RIVERS, Appellant, vs. RIVERS, Respondent.

For the appellant: *William B. Webster* of Hudson, attorney, and *L. S. Doolittle* of River Falls of counsel.

For the respondent: *William F. Morris* of West De Pere, and *C. F. Morris* of Washburn.

*By the Court.*—Judgment affirmed.